| | |
|---|---|
| Robert S. Westermann (VSB No. 43294)<br>Sheila deLa Cruz (VSB No. 65395)<br>HIRSCHLER FLEISCHER, P.C.<br>The Edgeworth Building<br>2100 East Cary Street<br>Post Office Box 500<br>Richmond, Virginia 23218-0500<br>Telephone:  (804) 771-9500<br>Facsimile:   (804) 644-0957<br>E-mail:   rwestermann@hf-law.com<br>            sdelacruz@hf-law.com | Thomas R. Califano (NY Bar No. 2286144)*<br>George B. South, III (NY Bar No. 2446771)*<br>Sarah E. Castle (NY Bar No. 4932240)*<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York  10020-1104<br>Telephone:  (212) 335-4500<br>Facsimile:   (212) 335-4501<br>E-mail: Thomas.Califano@dlapiper.com<br>            George.South@dlapiper.com<br>            Sarah.Castle@dlapiper.com<br><br>* Admitted *pro hac vice* |

*Counsel for Virginia United Methodist Homes of Williamsburg, Inc., Reorganized Debtor and Debtor In Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |
|---|---|
| In re:<br><br>VIRGINIA UNITED METHODIST HOMES<br>OF WILLIAMSBURG, INC.,<br><br>          Reorganized Debtor. | Case No. 13-31098<br><br>Chapter 11 |

**ORDER GRANTING FIRST INTERIM AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DELOITTE FINANCIAL ADVISORY SERVICES LLP AS RESTRUCTURING ADVISOR TO THE DEBTOR FOR THE PERIOD OF MARCH 1, 2013 THROUGH MAY 31, 2013**

This matter came before the Court upon the *First Interim and Final Fee Application for Compensation and Reimbursement of Expenses of Deloitte Financial Advisory Services LLP as Restructuring Advisor to the Debtor for the Period of March 1, 2013 Through and Including May 31, 2013* (the "Final Fee Application")[1]; and it appearing to the Court that: (i) proper notice of the Final Fee Application has been provided to all necessary parties; (ii) no objections to the Final Fee Application have been filed, or if filed, have been resolved, overruled, and/or withdrawn; (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Final Fee Application.

appropriate under the circumstances; (iv) good and sufficient cause exists to grant the Final Fee Application; and (v) the Final Fee Application having satisfied the requirements of section 330 of the Bankruptcy Code; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Final Fee Application is approved and granted in its entirety on an interim and final basis.

2. The request for: (a) compensation of 100% of Deloitte Financial Advisory Services LLP ("Deloitte FAS") fees in the amount of $366,303.00; and (b) reimbursement of 100% of expenses in the amount of $33,345.29; (c) for a total amount of $399,648.29 incurred during the time period of March 1, 2013 through May 31, 2013 (the "Final Application Period") is hereby approved and allowed as an administrative expense on an interim and final basis.

3. The Debtor is authorized and directed to pay to Deloitte FAS whatever has not been presently paid, including, but not limited to, the 15% holdback.

4. All of Deloitte FAS's fees and expenses allowed herein constitute administrative expenses as of the date of this Order, to the extent that such fees and expenses have not already been paid.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry and any applicable stay is waived.

Dated: _____  
Richmond, Virginia

_____  
United States Bankruptcy Judge

Entered on Docket: _____

We ask for this:

  /s/ Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:  (804) 771-9500
Facsimile:   (804) 644-0957
E-mail: rwestermann@hf-law.com
       sdelacruz@hf-law.com
and

Thomas R. Califano (NY Bar No. 2286144)*
George B. South, III (NY Bar No. 2446771)*
Sarah E. Castle (NY Bar No. 4932240)*
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:  (212) 335-4500
Facsimile:   (212) 335-4501
E-mail: Thomas.Califano@dlapiper.com
       George.South@dlapiper.com
       Sarah.Castle@dlapiper.com

*Admitted *pro hac vice*

*Counsel for Virginia United Methodist Homes of Williamsburg, Inc., Reorganized Debtor and Debtor-In-Possession*

Seen and Not Objected To:

  /s/ Robert B. Van Arsdale
Robert B. Van Arsdale (VSB No. 17483)
Office of the United States Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219
Telephone:  (804) 771-2310
Facsimile:  (804) 771-2330

*Assistant U.S. Trustee*

## CERTIFICATE OF ENDORSEMENT

  I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

             /s/ Robert S. Westermann

               Counsel